# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WASTOW ENTERPRISES, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>TRUCKMOVERS.COM, INC., and<br>DEALER'S CHOICE TRUCKAWAY SYSTEM, INC.<br>d/b/a TRUCKMOVERS<br><br>      Defendants. | No. 4:19-cv-00249-W-NKL |

## FINAL JUDGMENT OF NON-INFRINGEMENT

Before the Court is the Joint Stipulation for Entry of Final Judgment of Non-Infringement filed by Plaintiff Wastow Enterprises, LLC and Defendants Truckmovers.com, Inc. and Dealer's Choice Truckaway System, Inc. d/b/a Truckmovers. Doc. 71. Based on the stipulation of the parties, and good cause appearing, the parties' joint stipulation is approved and so ordered. Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    Final Judgment of Non-Infringement of U.S. Patent No. 8,613,583 is entered for Defendants and against Plaintiff on: (i) Plaintiff's claims for infringement, and (ii) Defendants' counterclaims for a declaratory judgment of non-infringement; and

    2.    All other claims, counterclaims, defenses, or other matters which have been asserted are hereby dismissed without prejudice.

    3.    Each party shall bear its own costs and attorney's fees incurred to date in this action.

                                                       /s/ Nanette K. Laughrey
                                                       NANETTE K. LAUGHREY
                                                       United States District Judge

Dated: August 31, 2020
Jefferson City, Missouri